In the Matter of the Claim of MADELINE ADINOLFI, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order fixing the fees and disbursements of William James Lake, Esq., attorney for the claimant-respondent herein. Motion granted, and his fees are hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $33.05. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of MARIAN BEACHNER, Appellant, against FINCHER MOTORS, INC. et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of GEORGE ALLEN, Appellant-Respondent, and KENNETH A. FISHER, et al., Appellants-Respondents, against NEW WORLD BUILDING CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to resettle order denied, without costs. The moving party appeared upon the appeal and filed a brief in support of the determination of the board and that determination having been reversed it was proper that such a party share the costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of DAVID SCHNEIDERMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application by appellant for leave to prosecute appeal as a poor person. Application granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

JOHN BONI, Appellant, v. BERT W. FARRELL et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORBERT PAUL EASTMAN, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and the time to perfect appeal, file note of issue, and file and serve record and brief is extended to August 15, 1960, and the case is to be placed on the September Term of this court for argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

SIGMUND ZEGLEN, Respondent, v. ARTHUR P. ADAMSON et al., Appellants. EDWARD ZEGLEN, Respondent, v. ARTHUR P. ADAMSON et al., Appellants. WALTER ZEGLEN, Respondent, v. ARTHUR P. ADAMSON et al., Appellants.— Motion for an order modifying the order of this court granted on the 14th day of April, 1960 to extend the time to perfect appeal and to file and serve record and briefs from June 1, 1960 to July 22, 1960 granted and such order is amended to provide that the time of the appellants to perfect appeal, file note of issue, and file and serve record and brief is extended to July 22, 1960 and the case is to be placed on the September Term of this court for argument. Cross motion to dismiss appeal denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of THOMAS NICHOLSON, Petitioner, against PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, et al., Respondents.— Motion for assignment of counsel. Motion denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON HAROLD MARTINDALE, Appellant.— Motion denied. Appellant is directed to apply to the County Court, Washington County for a copy of the record. Present — Bergan, P. J., Coon, Herlihy and Reynolds, JJ. Gibson, J., taking no part.